IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ACCESS FOR THE DISABLED, INC., a Florida Not-For-Profit Corporation, and BOB COHEN and DENISE PAYNE, Individually, | : : Case No.: 08-cv-62105 : : |
| Plaintiffs, | : |
| v. | : : |
| R.K. HALLANDALE LIMITED PARTNERSHIP, A Florida Limited Partnership, | : : : |
| Defendant. | : : |

### PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs, hereby dismiss the instant action with prejudice.

I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system this 2nd day of June, 2009 to:

Barry T. Shevlin, Esq.
SHEVLIN & ATKINS
111 Kane Concourse
Suite 605
Bay Harbor Islands, FL 33154

*Counsel for Plaintiff*

By: /s/ Thomas B. Bacon

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
4868 S.W. 103rd Ave.
Cooper City, FL 33328
ph. (954) 925-6488
fax (954) 237-1990
tbb@thomasbaconlaw.com