IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ACCESS FOR THE DISABLED, INC., a Florida Not-For-Profit Corporation, and BOB COHEN and DENISE PAYNE, Individually, | : <br> : Case No.: 08-cv-62105 <br> : <br> : |
| Plaintiffs, | : |
| v. | : |
| R.K. HALLANDALE LIMITED PARTNERSHIP, A Florida Limited Partnership, | : <br> : <br> : |
| Defendant. | : <br> : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME THE PARTIES, and, by and through undersigned counsel hereby stipulate to the dismissal of the instant action with prejudice, each party to bear their own costs and fees.

FOR THE DEFENDANT                     FOR THE PLAINTIFFS

| By: /s/ Barry T. Shevlin, Esq. | By: /s/ Thomas B. Bacon |
|---|---|
| Barry T. Shevlin, Esq. <br> SHEVLIN & ATKINS <br> 111 Kane Concourse <br> Suite 605 <br> Bay Harbor Islands, FL 33154 | Thomas B. Bacon, Esq. <br> Thomas B. Bacon, P.A. <br> 4868 S.W. 103rd Ave. <br> Cooper City, FL 33328 <br> ph. (954) 925-6488 <br> fax (954) 237-1990 <br> tbb@thomasbaconlaw.com |