UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 08-62105-CIV-COOKE/BANDSTRA

ACCESS FOR THE DISABLED, INC.,
*et al.*,

    *Plaintiffs*,

v.

R.K. HALLANDALE LIMITED PARTNERSHIP,

    *Defendant*.

_____/

## ORDER OF DISMISSAL

This matter is before me on the parties' Stipulation of Dismissal With Prejudice [D.E. 17], filed June 4, 2009. Having reviewed the Stipulation and being otherwise fully advised in the premises, I order as follows:

1. This case is dismissed with prejudice.

2. All parties will pay their own respective costs and attorney's fees.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of June 2009.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Honorable Ted E. Bandstra*
*All counsel of record*